# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 03-7015**                                              **September Term, 2003**

Recording Industry Association of America, Inc.,
    Appellee

v.

Verizon Internet Services, Inc.,
    Appellant

Consolidated with 03-7053

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED  DEC 1 9 2003
>
> CLERK

Appeals from the United States District Court
for the District of Columbia
(No. 02ms00323)
(No. 03ms00040)

Before: GINSBURG, *Chief Judge*, ROBERTS, *Circuit Judge*, and WILLIAMS, *Senior Circuit Judge*.

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the orders of the District Court appealed from in these causes is hereby reversed and the cases are remanded, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY: *Deputy Clerk*
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Michael C. McGrail
Deputy Clerk

Date: December 19, 2003

Opinion for the court filed by Chief Judge Ginsburg.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk