AO 133 (Rev. for DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In Re Verizon Internet Services Inc.

**BILL OF COSTS**

Case Number: 02-MC-0323-JDB
03-MC-0040-JDB

V.

Judgment having been entered in the above entitled action on 3/10/04 (date) against Recording Industry Association of America, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk............................................................................................ | $ 210.00 |
| Fees for service of summons and subpoena................................................... | ---- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 997.90 |
| Fees and disbursements for printing............................................................... | 300.00 |
| Fees for witnesses (itemize on reverse side).................................................. | ---- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case.............. | 73.60 |
| Docket fees under 28 U.S.C. 1923................................................................ | ---- |
| Costs as shown on Mandate of Court of Appeals........................................... | 1740.15 |
| Compensation of court-appointed experts...................................................... | ---- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | ---- |
| Other costs (please itemize)........................................................................... | ---- |
| **TOTAL** | **$3321.65** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: See attached list.

Signature of Attorney: _[signature]_

Name of Attorney: Dineen Pashoukos Wasylik

For: Verizon Internet Services Inc.
Name of Claiming Party

Date: 3/30/2004

Costs are taxed in the amount of _____ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk    By: _____
                                      Deputy Clerk                    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Days | Total Cost |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | | TOTAL | N/A |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2004, I caused copies of the foregoing Bill of Costs to be served via First Class U.S. mail, to the following:

Donald B. Verrilli, Jr.
Thomas J. Perrelli
Cynthia J. Robertson
JENNER & BLOCK, LLC
601 Thirteenth Street, NW, Suite 1200
Washington, DC 20005

Matthew J. Oppenheim
Stanley Pierre-Louis
RECORDING INDUSTRY
ASSOCIATION OF AMERICA
1330 Connecticut Ave., NW, Suite 300
Washington, DC 20036

David E. Kendall
Paul B. Gaffney
David S. Ardia
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005

Lawrence S. Robbins
Alan E. Untereiner
Kathryn S. Zecca
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
1801 K Street, NW, Suite 411
Washington, DC 20006

Cindy A. Cohn
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

Megan E. Gray
GRAY MATTERS
1928 Calvert St. NW, Suite 6
Washington, DC 20009

Stewart Baker
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Joe Robert Caldwell, Jr.
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004

Paul Alan Levy
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, N.W.
Washington, DC 20009

Robert D. McCallum, Jr.
Assistant Attorney General
Roscoe C. Howard, Jr.
United States Attorney
Douglas N. Letter
Scott R. McIntosh
Attorneys, Department of Justice
20 Massachusetts Ave., N.W., 7th Floor
Washington, DC 20530

*Dineen Pashoukos Wasylik*
Dineen Pashoukos Wasylik