UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  VERIZON INTERNET
SERVICES, INC.

Miscellaneous No.  02-0323 (JDB)

### ORDER

Upon consideration of the entire record in this case, it is this 13th day of April, 2004, hereby ORDERED as follows:

1.  The motion of Verizon Internet Services, Inc. ("Verizon") for leave to file a letter to the Court [33] is granted;

2.  The motion of the Recording Industry Association of America ("RIAA") to strike the declaration of Peter P. Swire [44] is granted with the conditions specified from the bench in open court;

3.  RIAA's motion for leave to file the supplemental declaration of Jonathan Whitehead [45] is granted;

4.  Verizon's motion to quash a subpoena dated February 4, 2003, [52] is granted;

5.  RIAA's motion for attorneys' fees and bill of costs [54] is denied without prejudice as moot;

6.  Public Citizen's motion for leave to file a brief *amicus curiae* [58] is granted; and

7. RIAA's motion for an extension of time [59] is granted *nunc pro tunc*.

/s/
JOHN D. BATES
United States District Judge

Copies to:

Andrew G. McBride, Jr.
Bruce G. Joseph
Dineen P. Wasylik
John Thorn
Wiley Rein & Fielding, LLP
1776 K Street, NW
Washington, DC 20006

Donald B. Verrilli, Jr.
Thomas Perrelli
12th Floor
Jenner & Block
601 13th Street, NW
Washington, DC 20005
Recording Industry
Association of America

Jonathan Whitehead
Recording Industry
Association of America
Suite 300
1330 Connecticut Avenue, NW
Washington, DC 20036

Eric Holder
Timothy C. Hester
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Verizon Internet Services

Paul Benedict Gaffney
Edward Bennett Williams Building
Williams & Connolly
725 12th Street, NW
Washington, DC 20005
Motion Picture Association
of America

Kathryn Schaefer Zecca
Suite 411
Robbins, Russell, Englert,

Orseck & Untereiner
1801 K Street, NW
Washington, DC 20006
U.S. Internet Industry Association

Megan Gray
Gray Matters
Suite 6
1928 Calvert Street, NW
Washington, DC 20009
Eff & Samuelson Law,
Technology & Public Policy
Clinic at Boalt Hall

Joe Caldwell, Jr.
Baker Botts, LLP
The Warner Building
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Electronic Privacy Information Center