AO 133 (Rev. for DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In Re Verizon Internet Services Inc.

**BILL OF COSTS**

Case Number: 02-MC-0323-JDB
03-MC-0040-JDB

V.

Judgment having been entered in the above entitled action on 3/10/04 (date) against Recording Industry Association of America,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk.................................................................................................... | $ 210.00 |
| Fees for service of summons and subpoena.............................................................. | ---- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 997.90 |
| Fees and disbursements for printing......................................................................... | 300.00 |
| Fees for witnesses (itemize on reverse side)............................................................. | ---- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case.................. | 73.60 |
| Docket fees under 28 U.S.C. 1923............................................................................ | ---- |
| Costs as shown on Mandate of Court of Appeals..................................................... | 1740.15 |
| Compensation of court-appointed experts................................................................. | ---- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | ---- |
| Other costs (please itemize).................................................................................... | ---- |
| **TOTAL** | **$3321.65** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: See attached list.

Signature of Attorney: _[signature]_

Name of Attorney: Dineen Pabich Wasylik

For: Verizon Internet Services Inc.    Date: 3/30/2004
Name of Claiming Party

FILED AUG 2 6 2004

Costs are taxed in the amount of $3013.30 and included in the judgment.

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON, Clerk    By: Jeffrey M Blanchard    8/26/04
Deputy Clerk    Date

# MEMORANDUM

TO:        DINEEN WASYIK
FROM:      JEFF BLANCHARD
SUBJECT:   IN RE: VERIZON INTERNET SERVICES INC.
           #02-mc-323, 03-mc-40
DATE:      AUGUST 26, 2004

**FILED**

AUG 2 6 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The bill of costs has been taxed in the above-referenced case. The total amount requested was not awarded for the reason listed below.

**Item 1:**    Category              Amount Requested    Amount Awarded
               Court Reporter Fees        $997.90            $689.55

**Reason:** Only the reporter's regular rate is allowed, not a daily or expedited rate. Two of the bills were reduced to the standard rate.

cc: Opposing counsel